Olinsky Law Group
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2021

August 2[...]

*Document Electronically Filed*
Hon. Katharine H. Parker
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> The Court will grant brief extensions to file the joint stipulation: Plaintiff's portion due to Defendant on September 13, 2021; Commissioner's portion to the Plaintiff due October 15, 2021; Plaintiff's incorporation of any reply due December 6, 2021 and Defendant reviewing and filing the Joint Stipulation by December 20, 2021.

Re:   McMillian v. Commissioner of Social Security
      Civil Action No: 1:20-cv-07626-VSB-KHP

Dear Judge Parker:

This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to serve her portion of the Joint Stipulation, which is currently due on August 30, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her portion of the Joint Statement.

Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's portion of the Joint Stipulation.

If this request is granted, Plaintiff's portion of the Joint Stipulation will be due to Defendant on **October 29, 2021**. Subsequently, in accordance with the pattern of the Standing Order, the Commissioner's portion of the Joint Stipulation would then be due to Plaintiff **November 29, 2021**. Plaintiff's incorporation of any reply into the Joint Stipulation would then be due **December 20, 2021**, with Defendant reviewing and filing the Joint Stipulation **December 27, 2021** (due to the deadline falling to December 24, 2021, which is a Federal Holiday).

Thank you for your consideration.

Respectfully submitted,
*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Bar Code H06529
Counsel for Plaintiff

CC [via ECF]: Joseph Pantoja (Counsel for Defendant)

**SO ORDERED.**

Dated: 8/23/2021
New York, NY

*Katharine H. Parker*
**Honorable Katharine H. Parker**
**U.S. Magistrate Judge**