**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Artilla Shrease McMillian,

                Plaintiff,                      20 **CIVIL** 7626 (KHP)

      -against-                      **JUDGMENT**

Commissioner of Social Security,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated February 15, 2022, Plaintiff's motion for judgment on the pleadings is DENIED, and Defendant's motion for judgment on the pleadings is GRANTED.

**Dated:** New York, New York
         February 15, 2022

                                      **RUBY J. KRAJICK**
                                      _____
                                      **Clerk of Court**
                        BY:
                                      **Deputy Clerk**